## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02246-PAB-MEH

SWOOZIE'S 2 LLC, a Colorado Limited Liability Company,
      Plaintiff,

v.

NORWOOD PROMOTIONAL PRODUCTS, LLC, a Delaware Limited Liability Company, and
NORWOOD OPERATING COMPANY, LLC, a Delaware Limited Liability Company,
      Defendants.

---

### PLAINTIFF'S NOTICE OF DISMISSAL PER RULE 41(a)

---

      Pursuant to FED. R. CIV. P. Rule 41(a)(1)(A)(i), Defendants Norwood Promotional

Products, LLC and Norwood Operating Company, LLC not having yet been served, Plaintiff

SWOOZIE'S 2 LLC hereby submits this notice of dismissal.  This dismissal is with prejudice.

Respectfully submitted this 8th day of October, 2012.

                              *s/ Gary R. Maze*
                              Gary R. Maze, Esq.
                              K Kalan, Esq.
                              James L. Wooll, Esq.
                              BERENBAUM WEINSHIENK PC
                              370 17th Street, Suite 4800
                              Denver, Colorado 80202
                              Telephone: 303-825-0800
                              FAX: 303-629-7610
                              GMaze@bw-legal.com
                              KKalan@bw-legal.com
                              JWooll@bw-legal.com
                              Counsel for Plaintiff, Swoozie's 2 LLC